IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL SILBERMANN and CHRISTY SILBERMANN, <br><br> Plaintiffs, <br><br> vs. <br><br> CLIFTON W. HAYDEN, individually and d/b/a LAW OFFICE OF CLIFTON W. HAYDEN, <br><br> Defendant. | CV 25-99-M-KLD <br><br> ORDER |

     Plaintiffs move for the admission of Anthony Viorst to practice before this Court in this case with Timothy Strauch to act as local counsel.  Mr. Viorst's application appears to be in order.

     Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Anthony Viorst pro hac vice is GRANTED on the condition that Mr. Viorst shall do his own work.  This means that Mr. Viorst must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Local counsel may move for the admission pro hac vice of one (1) associate of Mr. Viorst's firm.  Such

associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Viorst.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Viorst, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 2nd day of July, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge