IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL SILBERMANN and CHRISTY SILBERMANN,<br><br>  Plaintiffs,<br><br>vs.<br><br>CLIFTON W. HAYDEN, individually and d/b/a LAW OFFICE OF CLIFTON W. HAYDEN,<br><br>  Defendant. | CV 25–99–M–DLC<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay his, her, or its own costs. The Clerk of Court is directed to close this case file.

DATED this 20th day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court

- 1 -